UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) |
| | ) CIVIL ACTION NO. |
| REAL PROPERTY LOCATED AND SITUATED AT 1019 FAIRWAY, KYLE, HAYS COUNTY, TEXAS 78640, | ) SA12CA0822 OG |
| | ) |
| Respondent. | ) |

## ORDER TO POST NOTICE OF COMPLAINT
## FOR FORFEITURE OF RESPONDENT REAL PROPERTY

WHEREAS on September ____, 2012, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas, against the **Real Property located and situated at 1019 Fairway, Kyle, Hays County, Texas 78640**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title and interests, if any (hereinafter the Respondent Real Property), more particularly described in the Verified Complaint for Forfeiture, for violations of Title 18 U.S.C. §§ 1956 and 1957, and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C); IT IS THEREFORE,

ORDERED that the Internal Revenue Service for the Western District of Texas, or other authorized law enforcement officer or any other person or organization authorized by law, be commanded to post the Notice of Complaint for Forfeiture in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., and Title 18 U.S.C. § 985(c)(1)(B), by affixing a copy of the Notice of Complaint for Forfeiture in this action, in a conspicuous place upon the premises and, if applicable, by leaving a copy of the Notice of Complaint for Forfeiture and accompanying documents with the occupant of the premises,

if any, until further order of the Court, and to make my return as provided by law and said Order has been executed.

SIGNED this _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE