IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff<br><br>VS.<br><br><br>Real Property Located and Situated at<br>1019 Fairway, Kyle, Hays County,<br>Texas 78640<br>　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 5:12-CV-00822-OLG |

## CERTIFICATE OF INTERESTED PERSONS

I, Lori Gruver, counsel for Hays Consolidated Independent School District, Plum Creek Conservation District, and Plum Creek Groundwater District, do hereby certify, that other than the Plaintiff and the named known potential claimant(s) – Hays Consolidated Independent School District, Plum Creek Conservation District, and Plum Creek Groundwater District– City of Kyle, Hays County ESD #5, Hays County, Hays County Special Road District, Edwards Underground Water District, and Austin Community College District have a financial interest in the outcome of this case.

Respectfully Submitted,

LORI GRUVER
ATTORNEY FOR TAXING AUTHORITIES


By:   /s/ Lori Gruver
LORI GRUVER
State Bar No. 24007283
KENT M. RIDER
State Bar No. 16896000
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 693-0728 (Facsimile)


**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been filed electronically and is to be served by electronic transmission to all parties on the court's electronic mailing matrix on September 25, 2012.


  /s/ Lori Gruver
LORI GRUVER

2