# Account Summary

Luanne Caraway Tax Assessor-Collector, Hays County
712 S. Stagecoach Trail
San Marcos, TX 78666
Ph: 512-393-5545   Fax: 512-393-5517

Visit us at www.hayscountytax.com

Property: 11-6534-000D-02300-2
Quick Ref ID: R99825
Owner: CHAPA SINDY
Situs Address: 1019 FAIRWAY KYLE, TX 78640
Legal Description: PLUM CREEK PHASE 1 SEC 4, BLOCK D, LOT 23

CHAPA SINDY
1019 FAIRWAY
KYLE, TX 78640

Assessment Values
LAND HS: 11,640
LAND NHS: 0
IMP HS: 261,270
IMP NHS: 0
AG MKT VALUE: 0
AG USE VALUE: 0

Exemptions: HS

**Tax Bill (Effective Date: 09/13/2012)**          Balance Due if Paid By September 30, 2012:          0.00

| Bill | Levy | Levy Balance | P & I | Collection Penalty | Date Paid | Amt Paid | Balance |
|---|---|---|---|---|---|---|---|
| 2002 | | | | | | | |
| City Of Kyle | 42.54 | 0.00 | 0.00 | 0.00 | 11/22/2002 | 42.54 | 0.00 |
| Hays Co ESD #5 | 3.60 | 0.00 | 0.00 | 0.00 | 11/22/2002 | 3.60 | 0.00 |
| Hays Consolidated ISD | 201.60 | 0.00 | 0.00 | 0.00 | 11/22/2002 | 201.60 | 0.00 |
| Hays County | 45.01 | 0.00 | 0.00 | 0.00 | 11/22/2002 | 45.01 | 0.00 |
| Plum Creek Conservation | 2.10 | 0.00 | 0.00 | 0.00 | 11/22/2002 | 2.10 | 0.00 |
| Special Road Dist | 8.52 | 0.00 | 0.00 | 0.00 | 11/22/2002 | 8.52 | 0.00 |
| Totals | 303.37 | 0.00 | 0.00 | 0.00 | | 303.37 | 0.00 |
| 2003 | | | | | | | |
| City Of Kyle | 852.66 | 0.00 | 0.00 | 0.00 | 12/31/2003 | 852.66 | 0.00 |
| Hays Co ESD #5 | 120.28 | 0.00 | 0.00 | 0.00 | 12/31/2003 | 120.28 | 0.00 |
| Hays Consolidated ISD | 4,363.36 | 0.00 | 0.00 | 0.00 | 12/31/2003 | 4,363.36 | 0.00 |
| Hays County | 983.85 | 0.00 | 0.00 | 0.00 | 12/31/2003 | 983.85 | 0.00 |
| Plum Creek Conservation | 46.78 | 0.00 | 0.00 | 0.00 | 12/31/2003 | 46.78 | 0.00 |
| Plum Creek Groundwater | 53.46 | 0.00 | 0.00 | 0.00 | 12/31/2003 | 53.46 | 0.00 |
| Special Road Dist | 184.10 | 0.00 | 0.00 | 0.00 | 12/31/2003 | 184.10 | 0.00 |
| Totals | 6,604.49 | 0.00 | 0.00 | 0.00 | | 6,604.49 | 0.00 |
| 2004 | | | | | | | |
| City Of Kyle | 767.39 | 0.00 | 0.00 | 0.00 | 12/29/2004 | 767.39 | 0.00 |
| Edwards Underground | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Hays Co ESD #5 | 120.28 | 0.00 | 0.00 | 0.00 | 12/29/2004 | 120.28 | 0.00 |
| Hays Consolidated ISD | 4,527.34 | 0.00 | 0.00 | 0.00 | 12/29/2004 | 4,527.34 | 0.00 |
| Hays County | 1,028.18 | 0.00 | 0.00 | 0.00 | 12/29/2004 | 1,028.18 | 0.00 |
| Plum Creek Conservation | 44.10 | 0.00 | 0.00 | 0.00 | 12/29/2004 | 44.10 | 0.00 |
| Plum Creek Groundwater | 50.52 | 0.00 | 0.00 | 0.00 | 12/29/2004 | 50.52 | 0.00 |
| Special Road Dist | 184.10 | 0.00 | 0.00 | 0.00 | 12/29/2004 | 184.10 | 0.00 |
| Totals | 6,721.91 | 0.00 | 0.00 | 0.00 | | 6,721.91 | 0.00 |
| 2005 | | | | | | | |
| City Of Kyle | 742.26 | 0.00 | 0.00 | 0.00 | 12/22/2005 | 742.26 | 0.00 |
| Hays Co ESD #5 | 134.45 | 0.00 | 0.00 | 0.00 | 12/22/2005 | 134.45 | 0.00 |
| Hays Consolidated ISD | 4,733.72 | 0.00 | 0.00 | 0.00 | 12/22/2005 | 4,733.72 | 0.00 |

Printed on 9/13/2012  9:26 AM          EXHIBIT 1          Page 1 of 3

Page 1 of 3

# Account Summary

Luanne Caraway Tax Assessor-Collector, Hays County
712 S. Stagecoach Trail
San Marcos, TX 78666
Ph: 512-393-5545   Fax: 512-393-5517

Property: 11-6534-000D-02300-2
Quick Ref ID: R99825
Owner: CHAPA SINDY
Situs Address: 1019 FAIRWAY KYLE, TX 78640
Legal Description: PLUM CREEK PHASE 1 SEC 4, BLOCK D, LOT 23

**Tax Bill (Effective Date: 09/13/2012)**   Balance Due if Paid By September 30, 2012:   0.00

| Bill | Levy | Levy Balance | P & I | Collection Penalty | Date Paid | Amt Paid | Balance |
|---|---|---|---|---|---|---|---|
| Hays County | 1,008.24 | 0.00 | 0.00 | 0.00 | 12/22/2005 | 1,008.24 | 0.00 |
| Plum Creek Conservation | 45.97 | 0.00 | 0.00 | 0.00 | 12/22/2005 | 45.97 | 0.00 |
| Plum Creek Groundwater | 50.52 | 0.00 | 0.00 | 0.00 | 12/22/2005 | 50.52 | 0.00 |
| Special Road Dist | 184.10 | 0.00 | 0.00 | 0.00 | 12/22/2005 | 184.10 | 0.00 |
| Totals | 6,899.26 | 0.00 | 0.00 | 0.00 | | 6,899.26 | 0.00 |
| 2006 | | | | | | | |
| City Of Kyle | 753.62 | 0.00 | 0.00 | 0.00 | 12/06/2006 | 753.62 | 0.00 |
| Hays Co ESD #5 | 213.03 | 0.00 | 0.00 | 0.00 | 12/06/2006 | 213.03 | 0.00 |
| Hays Consolidated ISD | 4,652.31 | 0.00 | 0.00 | 0.00 | 12/06/2006 | 4,652.31 | 0.00 |
| Hays County | 1,029.59 | 0.00 | 0.00 | 0.00 | 12/06/2006 | 1,029.59 | 0.00 |
| Plum Creek Conservation | 47.59 | 0.00 | 0.00 | 0.00 | 12/06/2006 | 47.59 | 0.00 |
| Plum Creek Groundwater | 48.42 | 0.00 | 0.00 | 0.00 | 12/06/2006 | 48.42 | 0.00 |
| Special Road Dist | 190.75 | 0.00 | 0.00 | 0.00 | 12/06/2006 | 190.75 | 0.00 |
| Totals | 6,935.31 | 0.00 | 0.00 | 0.00 | | 6,935.31 | 0.00 |
| 2007 | | | | | | | |
| City Of Kyle | 741.61 | 0.00 | 0.00 | 0.00 | 12/27/2007 | 741.61 | 0.00 |
| Hays Co ESD #5 | 210.95 | 0.00 | 0.00 | 0.00 | 12/27/2007 | 210.95 | 0.00 |
| Hays Consolidated ISD | 3,784.18 | 0.00 | 0.00 | 0.00 | 12/27/2007 | 3,784.18 | 0.00 |
| Hays County | 998.92 | 0.00 | 0.00 | 0.00 | 12/27/2007 | 998.92 | 0.00 |
| Plum Creek Conservation | 48.76 | 0.00 | 0.00 | 0.00 | 12/27/2007 | 48.76 | 0.00 |
| Plum Creek Groundwater | 49.31 | 0.00 | 0.00 | 0.00 | 12/27/2007 | 49.31 | 0.00 |
| Special Road Dist | 228.73 | 0.00 | 0.00 | 0.00 | 12/27/2007 | 228.73 | 0.00 |
| Totals | 6,062.46 | 0.00 | 0.00 | 0.00 | | 6,062.46 | 0.00 |
| 2008 | | | | | | | |
| City Of Kyle | 1,038.75 | 0.00 | 136.04 | 55.74 | 10/08/2009 | 1,230.53 | 0.00 |
| Hays Co ESD #5 | 236.65 | 0.00 | 30.99 | 12.70 | 10/08/2009 | 280.34 | 0.00 |
| Hays Consolidated ISD | 3,849.21 | 0.00 | 504.05 | 206.55 | 10/08/2009 | 4,559.81 | 0.00 |
| Hays County | 1,025.02 | 0.00 | 134.22 | 55.01 | 10/08/2009 | 1,214.25 | 0.00 |
| Plum Creek Conservation | 50.11 | 0.00 | 6.56 | 2.69 | 10/08/2009 | 59.36 | 0.00 |
| Plum Creek Groundwater | 50.11 | 0.00 | 6.56 | 2.69 | 10/08/2009 | 59.36 | 0.00 |
| Special Road Dist | 216.60 | 0.00 | 28.36 | 11.62 | 10/08/2009 | 256.58 | 0.00 |
| Totals | 6,466.45 | 0.00 | 846.78 | 347.00 | | 7,660.23 | 0.00 |
| 2009 | | | | | | | |
| City Of Kyle | 1,161.59 | 0.00 | 0.00 | 0.00 | 11/23/2009 | 1,161.59 | 0.00 |
| Hays Co ESD #5 | 253.41 | 0.00 | 0.00 | 0.00 | 11/23/2009 | 253.41 | 0.00 |
| Hays Consolidated ISD | 3,784.18 | 0.00 | 0.00 | 0.00 | 11/23/2009 | 3,784.18 | 0.00 |
| Hays County | 1,124.52 | 0.00 | 0.00 | 0.00 | 11/23/2009 | 1,124.52 | 0.00 |
| Plum Creek Conservation | 50.68 | 0.00 | 0.00 | 0.00 | 11/23/2009 | 50.68 | 0.00 |
| Plum Creek Groundwater | 50.68 | 0.00 | 0.00 | 0.00 | 11/23/2009 | 50.68 | 0.00 |
| Special Road Dist | 135.91 | 0.00 | 0.00 | 0.00 | 11/23/2009 | 135.91 | 0.00 |

# Account Summary

Luanne Caraway Tax Assessor-Collector, Hays County
712 S. Stagecoach Trail
San Marcos, TX 78666
Ph: 512-393-5545   Fax: 512-393-5517

Property: 11-6534-000D-02300-2
Quick Ref ID: R99825
Owner: CHAPA SINDY
Situs Address: 1019 FAIRWAY KYLE, TX 78640
Legal Description: PLUM CREEK PHASE 1 SEC 4, BLOCK D, LOT 23

| Tax Bill (Effective Date: 09/13/2012) | | | Balance Due if Paid By September 30, 2012: | | | | 0.00 |
|---|---|---|---|---|---|---|---|
| Bill | Levy | Levy Balance | P & I | Collection Penalty | Date Paid | Amt Paid | Balance |
| Totals | 6,560.97 | 0.00 | 0.00 | 0.00 | | 6,560.97 | 0.00 |
| **2010** | | | | | | | |
| City Of Kyle | 1,133.66 | 0.00 | 0.00 | 0.00 | 11/22/2010 | 1,133.66 | 0.00 |
| Hays Co ESD #5 | 260.08 | 0.00 | 0.00 | 0.00 | 11/22/2010 | 260.08 | 0.00 |
| Hays Consolidated ISD | 3,768.83 | 0.00 | 0.00 | 0.00 | 11/22/2010 | 3,768.83 | 0.00 |
| Hays County | 1,138.08 | 0.00 | 0.00 | 0.00 | 11/22/2010 | 1,138.08 | 0.00 |
| Plum Creek Conservation | 53.22 | 0.00 | 0.00 | 0.00 | 11/22/2010 | 53.22 | 0.00 |
| Plum Creek Groundwater | 53.22 | 0.00 | 0.00 | 0.00 | 11/22/2010 | 53.22 | 0.00 |
| Special Road Dist | 117.62 | 0.00 | 0.00 | 0.00 | 11/22/2010 | 117.62 | 0.00 |
| Totals | 6,524.71 | 0.00 | 0.00 | 0.00 | | 6,524.71 | 0.00 |
| **2011** | | | | | | | |
| AUSTIN COMMUNITY | 253.98 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 253.98 | 0.00 |
| City Of Kyle | 1,322.25 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 1,322.25 | 0.00 |
| Hays Co ESD #5 | 272.91 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 272.91 | 0.00 |
| Hays Consolidated ISD | 3,768.83 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 3,768.83 | 0.00 |
| Hays County | 1,138.88 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 1,138.88 | 0.00 |
| Plum Creek Conservation | 54.58 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 54.58 | 0.00 |
| Plum Creek Groundwater | 54.58 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 54.58 | 0.00 |
| Special Road Dist | 116.56 | 0.00 | 0.00 | 0.00 | 11/03/2011 | 116.56 | 0.00 |
| Totals | 6,982.57 | 0.00 | 0.00 | 0.00 | | 6,982.57 | 0.00 |
| **Totals** | **60,061.50** | **0.00** | **846.78** | **347.00** | | **61,255.28** | **0.00** |

Balance Due if Paid By September 30, 2012: 0.00

EXHIBIT 1

Page 3 of 3